IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,      )<br>                                                            )<br>              **Plaintiff,**          )<br>                                                            )           **8:14CR281**<br>        vs.                                              )<br>                                                            )           **AMENDED TRIAL ORDER**<br>**JACQUE LITTLE,**                     )<br>                                                            )<br>              **Defendant.**        ) | |

Upon the expiration of the deadline for filing pretrial motions, and no substantive motions having been filed,

**IT IS ORDERED**:

1. The above-entitled case is scheduled for a jury trial before the Honorable Laurie Smith Camp, District Court Judge, to begin **Wednesday, November 12, 2014 at 9:00 a.m.** in Courtroom No. 2, Third Floor, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska; because this is a criminal case, defendant(s) must be present in person. Counsel will receive more specific information regarding the order of trial from Judge Smith Camp's staff.

2. Any motions for a continuance of this trial date shall be electronically filed on or before **November 3, 2014** and shall (a) set forth the reasons why the moving party believes that the additional time should be allowed and (b) justify the additional time, *citing specific references to the appropriate section(s) of the Speedy Trial Act, 18 U.S.C. § 3161 et seq.* Any defense motion for continuance shall be accompanied by a written affidavit signed by the defendant in accordance with NECrimR 12.1.

3. Counsel for the United States shall confer with defense counsel and, no later than **November 5, 2014**, advise the court of the anticipated length of trial.

**DATED October 29, 2014.**

                                                          **BY THE COURT:**

                                                          **s/ F.A. Gossett**
                                                          **United States Magistrate Judge**